UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLARINDA POLIN, as an individual and as the personal representative of the Estate of David Polin, | |
| Plaintiff, | ORDER |
| v. | Civil No. 05-1382-ST |
| JOAN PALMATEER, Institutions Administrator of the Oregon State Penitentiary; BRIAN BELLEQUE, Superintendent of the Oregon State Penitentiary; JOHN DOES, prison guards at the Oregon State Penitentiary; and JASON VAN BRUMWELL, | |
| Defendants. | |

HAGGERTY, Chief Judge:

      Magistrate Judge Stewart referred to this court a Findings and Recommendation in this action [39]. The Findings and Recommendation recommends dismissing the matter for lack of

1 - ORDER

prosecution or, in the alternative, granting summary judgment in favor of defendants Palmateer and Belleque, with immediate entry of judgment under Federal Rule of Civil Procedure 54(b).

The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B). *See also* Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pleadings, motions, and underlying record. No clear error appears on the face of the record. The Findings and Recommendation is, therefore, adopted. This matter is dismissed with prejudice for lack of prosecution.

IT IS SO ORDERED.

DATED this 18 day of December, 2007.

Ancer L. Haggerty
United States District Judge

2 - ORDER